```
1  KELLY, DUARTE, URSTOEGER & RUBLE
   By: Megan E. Ruble
2  State Bar No. 295733
   P.O. Box 0142
3  Modesto, CA  95353
   Phone (209) 521-2552
4  Fax: (209) 526-7898

5  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE AGUINIGA, | Case No.:  1:23-cv-00827 |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME |
| vs. | |
| COMMISSIONER OF SSA, | |
| Defendant | |

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that Plaintiff shall have a 30 day extension to file Plaintiff's Motion for Summary Judgement.

Plaintiff counsel is scheduled to be out of the office August 14, 2023 through August 25, 2023. Plaintiff counsel will need additional time to review the file and prepare the Motion for Summary Judgment. It is requested the Scheduling Order be modified accordingly.

This is Plaintiff's first request for an extension of time.

Dated:  August 1, 2023                                  Respectfully submitted,

                                                        By: */s/ Megan E. Ruble*
                                                        MEGAN E. RUBLE
                                                        Attorney for Plaintiff

-2-

Dated: August 1, 2023				By: */s/ Franco Becia*
						(As authorized via email)
						Attorney for Commissioner of Social Security

### ORDER

Pursuant to stipulation,

IT IS SO ORDERED.

Dated:   **August 2, 2023**				       **/s/ Gary S. Austin**
						UNITED STATES MAGISTRATE JUDGE