# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE AGUINIGA,<br>  Plaintiff,<br>  v.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>  Defendant. | 1:23-cv-00827-GSA<br><br>**ORDER DIRECTING REMAND AND ENTRY OF JUDGMENT**<br><br>**(Doc. 12)** |

As stipulated (Doc. 14), this case is **remanded** to the Commissioner for further proceedings per 42 U.S.C. 405(g) sentence four.  Judgment is **directed** for Plaintiff.

IT IS SO ORDERED.

Dated:  **October 27, 2023**           /s/ Gary S. Austin
                                      UNITED STATES MAGISTRATE JUDGE